# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| KEM EDWARDS D/B/A INTERSKIL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CAUSE NO. A-07-CA-1008 RP |
| | § | |
| TERRIE WYATT, INDIVIDUALLY | § | |
| AND D/B/A ATWDESIGN, | § | |
| | § | |
| Defendant/Counter-Plaintiff, | § | |
| | § | |
| V. | § | |
| | § | |
| JEFF EDWARDS, INDIVIDUALLY | § | |
| AND D/B/A BODYCUE, BODYQ, | § | |
| JUDGE THE WAITER, | § | |
| JUDGE THE SERVICE AND BIZOPS; | § | |
| KEM EDWARDS, INDIVIDUALLY | § | |
| AND D/B/A INTERSKIL, | § | |
| | § | |
| Counter-Defendants. | § | |

## FINAL JUDGMENT

Before the Court is the above styled cause of action. On January 16, 2009, the Court granted summary judgment on a number of claims in this case. (Clerk's Dkt. #73.) On May 18, 2009, the Court dismissed Plaintiff's claim of criminal wiretap under Texas statute. (Clerk's Dkt. #100.) On May 18, 2009, this action came before the Court on the remaining claims for a trial by jury.

On May 21, 2009, upon completion of its deliberations the jury rendered its verdict in favor Plaintiff Kem Edwards d/b/a Interskil on her claim of defamation involving a Craigslist posting forwarded to Jan Hargrave on or about September 5, 2007.[1] As damages for this defamation, the jury awarded Plaintiff $1,000.00 for loss of income sustained in the past and $187,500.00 for loss of income that, in reasonable probability, would be sustained in the future.[2] The jury found no

---

[1] (Question Nine, Clerk's Dkt. #108.)

[2] (Question Ten, Clerk's Dkt. #108.)

liability for any party on all additional claims. On this date, the Court denied Defendant's motion for judgment as a matter of law. (Clerk's Dkt. #116.)

Accordingly, the Court enters the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED, ADJUDGED AND DECREED** that this Court hereby **ACCEPTS** the jury's verdict and that **FINAL JUDGMENT** is herein entered in favor of Plaintiff in the amount of $188,500.00.

**IT IS FURTHER ORDERED** that any further relief not expressly granted is **DENIED**.

**IT IS FURTHER ORDERED** that any pending motions in this action are **DISMISSED**.

**IT IS FINALLY ORDERED** that the case is hereby **CLOSED**.

SIGNED this 6th day of July, 2009.

_____
ROBERT PITMAN
UNITED STATES MAGISTRATE JUDGE
Presiding under 28 U.S.C. § 636(c)