

RECEIVED
OCT -2 2009
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

KEM EDWARDS, INDIVIDUALLY
AND D/B/A INTERSKIL,
Plaintiff / Counter-Defendant

CAUSE NO. A-07-CA-1008-RP

V.

TERRIE WYATT, INDIVIDUALLY
AND D/B/A ATW DESIGN,
Defendant / Counter-Plaintiff

V.

JEFF EDWARDS, INDIVIDUALLY
AND, D/B/A BODYCUE, BODYQ,
JUDGE THE WAITER,
JUDGETHESERVICE AND BIZOPS;
KEM EDWARDS, INDIVIDUALLY
AND D/B/A INTERSKIL

## ABSTRACT OF JUDGMENT

I, WILLIAM G. PUTNICKI, Clerk, United States District Court for the Western District of Texas, DO HEREBY CERTIFY:

THAT in the United States District Court for the Western District of Texas, Austin Division, in civil cause number A-07-CA-1008-RP, styled KEM EDWARDS, INDIVIDUALLY AND D/B/A INTERSKIL V. TERRIE WYATT, INDIVIDUALLY AND D/B/A ATW DESIGN V. JEFF EDWARDS, INDIVIDUALLY AND, D/B/A BODYCUE, BODYQ, JUDGE THE WAITER, JUDGETHESERVICE AND BIZOPS; KEM EDWARDS, INDIVIDUALLY AND D/B/A INTERSKIL, the said Plaintiff / Defendant KEM EDWARDS, INDIVIDUALLY AND D/B/A INTERSKIL recovered judgment against the Defendant / Plaintiff TERRIE WYATT, INDIVIDUALLY AND D/B/A ATW DESIGN residing at 26270 Bryan St, Roseville, Michigan, 48066.

THAT the judgment was rendered by this Court on the 6th day of July, 2009, in the amount of $188,500 with interest accruing thereon at the rate of .48 percent (.48%) PER ANNUM, commencing from the 6th day of July, 2009, until paid;

THAT said judgment is entitled to no credits, payments or other offsets by Judgment Creditor.

WITNESS my official signature and seal of this Court, in the city of Austin, State of Texas, this 2nd day of October, 2009.

William G. Putnicki, Clerk of Court
United States District Court
Western District of Texas

By: _____